IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN WYATT COMPANY, LTD.; and THOMAS BROWNELL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:15-CV-00201 |
| MID-CONTINENT CASUALTY COMPANY, | § § § § | |
| Defendant. | § § | |

### DEFENDANT MID-CONTINENT CASUALTY COMPANY'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant Mid-Continent Casualty Company files this Certificate of Interested Parties who are financially interested in the outcome of this litigation. In the event any additional persons or entities become known at a later date, Defendant will promptly file an Amended Certificate identifying the additional persons or entities.

### I.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. John Wyatt Company, LTD and Thomas Brownell, Plaintiffs
   c/o Tomas F. Tijerina
   Benigno (Trey) Martinez
   Eduardo (Wayo) Ortiz
   Law Office of Benigno (Trey) Martinez, PLLC
   1201 E. Van Buren
   Brownsville, Texas 78520

2. Mid-Continent Casualty Company; a wholly owned subsidiary of Great American Insurance Group
c/o R. Brent Cooper and Julie A. Shehane
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, Texas 75202

Respectfully submitted,

By: /s/ R. Brent Cooper
**R. BRENT COOPER**
Brent.Cooper@cooperscully.com
State Bar No. 04783250
**LEAD COUNSEL**

**JULIE A. SHEHANE**
State Bar No. 24048794
Julie.Shehane@cooperscully.com

COOPER & SCULLY, P.C.
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

**ATTORNEYS FOR DEFENDANT, MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

    A true and correct copy of the above and foregoing document was served on counsel for all parties listed below through the Court's ECF service system and as indicated below on this 1st day of December, 2015.

    Tomas F. Tijerina
    Benigno (Trey) Martinez
    Eduardo (Wayo) Ortiz
    Law Office of Benigno (Trey) Martinez, PLLC
    1201 E. Van Buren
    Brownsville, Texas 78520

        Via Facsimile:  956/621-0135

                /s/ R. Brent Cooper
                **R. Brent Cooper**